**ORDERED.**

Dated: December 15, 2025

_____
Jacob A. Brown
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: | Case No.: 3:25-bk-03794-JAB |
| | Chapter 7 |
| Timothy Jacob Browning | Judge: Jacob A. Brown |
| Debtor(s).                   / | |

**ORDER GRANTING MOTION FOR**
**RELIEF FROM AUTOMATIC STAY [D.E. 8]**

This case came before the Court upon the Motion for Relief from Automatic Stay [D.E. 8] filed by Creditor, PennyMac Loan Services, LLC, hereinafter referred to as "Movant". The Court, having considered said Motion. Accordingly, it is

ORDERED:

1. The Motion for Relief from the Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may

proceed with foreclosure of its security interest upon the following property:

**ALL THAT CERTAIN PROPERTY LOCATED AT 1488 E MAIN ST, HEGINS, PENNSYLVANIA 17938 AND MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**

ALL THAT CERTAIN lot or piece of ground situate in the Township of Hegins, County of Schuylkill, and State of Pennsylvania, being more particularly bounded and described as follows, to wit:

BEGINNING at a post on the North side of Pottsville Road; thence along the East side of a thirty-three (33) feet wide street, North one and one-half degrees East (N 1-1/2 degrees E) one hundred forty (140) feet to a post along the South side of an eighteen (18') feet wide alley; thence along the South side of said alley, North eighty-eight and one-half degrees East (N 88-1/2 degrees E) Fifty (50) feet to a point; thence South one and one-half degrees West (S 1-1/2 degrees W) one hundred forty (140) feet to a point on the North side of said Pottsville Road, thence along the North side of said Pottsville Road, North eighty-eight and one-half degrees West (N 88 1/2 degrees W) fifty (50) feet to the place of BEGINNING.

BEING the Lot which is marked and known as Lot No. 39 and the Western ten (10) feet of Lot No. 41 according to map or draft of Village of Fountain made by William A. Stutzman and surveyed by William A. Beadle in September 1894.

3. Attorney fees in the amount of $450.00 and Attorney Costs in the amount of $199.00 are recoverable.

4. This order is entered for the sole purpose of allowing Movant to obtain an *in rem judgment* against the property and Movant shall not seek an *in personam judgment* against the Debtor.

###

**Attorney Seth J. Greenhill is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**